IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DENZOAL E SANDERS,

    Plaintiff,

v.                                              CASE NO. 1:03-cv-00154-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendations of the Magistrate Judge, recommending that the decision of the Commissioner denying benefits be affirmed. Objections to Report and Recommendation were due by January 10, 2005, but none were filed. Having reviewed the Report and Recommendation, the Court agrees with the Magistrate Judge that substantial evidence existed to support the Administrative Law Judge's decision that Plaintiff was not disabled prior to July 1, 1998. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this _10th_ day of June, 2005

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge